# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Kevin M. Pierson, et al.
*Plaintiff(s)*
v.                                                              Civil Action No. 1:22-cv-7
Bryson Kuba, et al.
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Defendants' Motion for Summary Judgment is GRANTED [ECF No. 112]. Plaintiffs' First Amended Complaint [ECF No. 13] is DISMISSED WITH PREJUDICE.

Date:  March 28, 2024

*CLERK OF COURT*
Cheryl Dean Riley
S. Cole

*Signature of Clerk or Deputy Clerk*